# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN  38101-1918

April 28, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:    07-60309         Michael & Linda Debeer

To Whom It May Concern:

Enclosed please find check #815725 in the amount of $5.32. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.         23

Account#         6004660020379891

Creditor         Fashion Bug
                 First Express
                 POB 856021
                 Louisville, KY 40285

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Recept # 61100236